# CRIMINAL COVER SHEET  U.S. DISTRICT COURT

FILED
OCT 2 2 2025
DAVID CREWS, CLERK
By_____ Deputy

**Place of Offense:**
City Hollandale
County Humphreys

**Case Information:**
Superseding: ☐Yes ☑No  If yes, Case# _____
☐Same Defendant  ☐New Defendant
Magistrate Judge Case No. _____
R20/R40 from District of _____
Related Criminal Case No. _____

**Defendant Information:**
Defendant Name Brandon Addison
Alias Name _____
Address Leland, MS 38756
DOB 1984  SS# 0930  Sex M  Race B  Nationality _____
Represented by: _____
Interpreter: ☐Yes ☑No  If yes, Language: _____

**Location Status:**
In Custody: ☐Yes ☑No    Federal ☐ State ☐    MDOC# _____
Facility Location: _____

**U.S.C. Citations:** Total Number of Count(s) 10    ☐Misdemeanor ☑Felony

| Title & Section | Offense Description | Count(s) |
|---|---|---|
| 21:846 | Conspiracy to commit drug distribution | 1-5 |
| 21:841 | Drug distribution | 1-5 |
| 18:2 | Aid and abet | 2-5 |
| 18:924 | Firearms conspiracy | 7 |
| 18:924 | Firearm in furtherance of a drug trafficking crime | 8-11 |

**U.S. Attorney Information:** AUSA Robert J. Mims    Bar# 9913

Date: 10-21-25    Signature of AUSA [signature]

**District Court Case Number:**
(To be entered by the Clerk)    4:25 cr 177