# CRIMINAL COVER SHEET — U.S. DISTRICT COURT

FILED
OCT 2 2 2025
DAVID CREWS, CLERK
By_____ Deputy

**Place of Offense:**
City: Hollandale
County: Humphreys

**Case Information:**
Superseding: ☐ Yes ☑ No   If yes, Case# _____
☐ Same Defendant  ☐ New Defendant
Magistrate Judge Case No. _____
R20/R40 from District of _____
Related Criminal Case No. _____

**Defendant Information:**
Defendant Name: Javery Howard
Alias Name: _____
Address: Greenville, MS 38701
DOB: 1992   SS#: 1140   Sex: M   Race: B   Nationality: _____
Represented by: _____
Interpreter: ☐ Yes ☑ No   If yes, Language: _____

**Location Status:**
In Custody: ☐ Yes ☑ No   Federal ☐  State ☐   MDOC# _____
Facility Location: _____

**U.S.C. Citations:** Total Number of Count(s) 12   ☐ Misdemeanor ☑ Felony

| Title & Section | Offense Description | Count(s) |
|---|---|---|
| 21:846 | Conspiracy to commit drug distribution | 1-6 |
| 21:841 | Drug distribution | 1-6 |
| 18:2 | Aid and abet | 2-6 |
| 18:924 | Firearms conspiracy | 7 |
| 18:924 | Firearm in furtherance of a drug trafficking crime | 8-12 |

**U.S. Attorney Information:** AUSA Robert J. Mims   Bar# 9913

Date: 10-21-25   Signature of AUSA /s/ Robert

**District Court Case Number:**
(To be entered by the Clerk)   4:25cr177