IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:25-cr-177

AMBER HOLMES

### ORDER OF DISMISSAL PERTAINING TO AMBER HOLMES AS TO COUNTS ONE, FOUR, SEVEN, AND TEN OF THE INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of Mississippi hereby dismisses Counts One, Four, Seven, and Ten of the Indictment against Amber Holmes with prejudice.

CLAY JOYNER, MS Bar 10316
United States Attorney

By:  /s/Robert J. Mims
ROBERT J. MIMS, MS Bar 9913
Assistant United States Attorney
Northern District of Mississippi

Leave of court is granted for the filing of the foregoing dismissal.

_____
MICHAEL P. MILLS
UNITED STATES DISTRICT COURT

Date: 30 Oct 2025