UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

CRIMINAL MINUTES

*CASE NO:*  4:25-CR-177-MPM-JMV
USA v Brandon Addison, Javery Howard, Milton Gaston, Truron Grayson, Bruce Williams, Sean Williams, Dexture Franklin, Wendell Johnson, Marcus Nolan, Aasahn Roach, Jeremy Sallis, Torio Chaz Wiseman, Pierre Lakes, Derrik Wallace

*DATE & START TIME :*  10/30/2025  @  1:27  p.m.

*DATE & ADJOURNED TIME:*  10/30/2025  @  1:47  p.m.

*TOTAL TIME:*  20 Minutes

*PRESIDING JUDGE:*  DAVID A. SANDERS, U. S. MAGISTRATE JUDGE

*COURTROOM DEPUTY:*  Jennifer L. Frantz     *COURT REPORTER:*  Digital

*ATTORNEY FOR GOVERNMENT:*

*ATTORNEY FOR DEFENDANT*:

*PROCEEDING(S):*  Initial Appearances

**ENTRY TO BE MADE ON DOCKET:**
Initial Appearance held.  Defendant #3 has retained counsel.  FPD appointed to represent the other 13 defendants.  Arraignments set for Friday, November 7th at 9:30 a.m. by video before Judge David Sanders for all defendants.  Defendants placed on pre-trial supervision and released on $10,000 unsecured bond pending trial.

**DAVID CREWS, CLERK**

/s/ Jennifer L. Frantz
Courtroom Deputy