# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**            Case No: 4:25-cr-177-MPM-JMV-13

**TORIO CHAZ WISEMAN**           **DEFENDANT**

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Wayne Milner, appointed counsel for Defendant Torio Chaz Wiseman, and files this Motion to Withdraw as Counsel, and respectfully requests that the Court enter its Order relieving undersigned counsel from further responsibility in the representation of Defendant Torio Chaz Wiseman in the above styled and numbered cause. Defendant has retained Alexander C. Wharton, Esq., as his counsel as indicated by his Notice of Attorney Appearance [Doc #114] filed on November 10, 2025.

RESPECTFULLY SUBMITTED this the 10th day of November, 2025.

                               */s/ Wayne Milner*
                               Wayne Milner, MBN # 3331

Wayne Milner
Attorney at Law
645 Lakeland East Drive, Suite 101
Flowood, MS 39232
Tel: 601-573-5429
Email: milner3ofus@aol.com

## **CERTIFICATE OF SERVICE**

I, Wayne Milner, do hereby certify that on this date I have electronically filed the foregoing with the Clerk of Court for the United States District Court for the Northern District of Mississippi using the ECF system, which caused notification of that filing to be sent electronically to all counsel of record in this cause.

SO CERTIFED this the 10th day of November, 2025.

*/s/ Wayne Milner*
Wayne Milner