IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**  **CRIMINAL NO. 4:25-CR-177-4-MPM-JMV**

**TRURON GRAYSON**

---

**MOTION TO ALLOW TRAVEL OUT OF STATE**

---

COMES NOW the Defendant, Mr. Truron Grayson, by and through undersigned counsel, and respectfully moves this Court to allow him to travel out of state and in support thereof, would state and show as follows:

1. On October 30, 2025, Mr. Grayson posted an unsecured bond in the amount of $10,000.00. [*ECF Doc. 42*]. The Government did not seek detention.

2. The Order Setting Conditions of Release limits Mr. Grayson to travel restriction to the Northern District of Mississippi. [*ECF Doc. 43*].

3. Mr. Grayson seeks Court approval to allow him to travel to River Oaks High School in Monroe, Louisiana on November 19, 2025, for his son's high school football championship game scheduled to begin at 7:00 p.m. Mr. Grayson advises that travel time round trip would be approximately five (5) hours and the football game is scheduled for approximately two (2) hours. Mr. Grayson would travel to the game and return the same evening/early morning hours, depending on the actual length of the game and any travel delays.

4. Undersigned counsel has conferred with AUSA Mr. Sam Stringfellow, who defers to the USPO's position. Undersigned counsel has conferred with USPO Mr. Brandon McTeer, who advises that he would defer to the Court's discretion. Mr. McTeer advises that Mr. Grayson "has not had any instances of non-compliance thus far and is good standing at this time."

5. Mr. Grayson is not a flight risk. Furthermore, he demonstrates his strict adherence to the bond conditions by seeking leave to travel.

WHEREFORE, Mr. Grayson respectfully moves this Court to allow him to travel to Monroe, Louisiana to attend his son's high school championship game on November 19, 2025.

Respectfully submitted this 16th day of November, 2025.

>*/s/Maria Liu*
>Maria Liu
>MS Bar No. 105881
>Collins, Liu & Associates, LLP
>425 Magazine St, Suite 103
>Tupelo, MS  38804
>Telephone:  662-346-8662
>E-mail:  maria@nocolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2025, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to the appropriate parties.

By: */s/ Maria Liu*
Maria Liu