# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**V.**                                               **CAUSE NUMBER 4:25CR177 M-V**

**BRANDON ADDISON, JAVERY HOWARD,
MILTON GASTON, TRURON GRAYSON,
BRUCE WILLIAMS, SEAN WILLIAMS,
DEXTURE FRANKLIN, WENDELL JOHNSON,
MARCUS NOLAN, AASAHN ROACH,
JEREMY SALLIS, TORIO CHAZ WISEMAN,
PIERRE LAKES, DERRIK WALLACE**

## ORDER

This cause comes before the Court on motions by Defendants B. Williams [128], Grayson [129], Roach [130], Johnson [131], Wiseman [134], Addison [137] and joined by Gaston [136] seeking an extension of the scheduling order deadlines and continuance of the trial set December 15, 2025. Counsel for Defendants state additional time is needed to obtain and review discovery, conduct investigations, prepare any necessary pretrial motions, and to adequately prepare for trial. Counsel for the Government does not oppose this continuance. The Court finds that the ends of justice will be served by granting the continuance and that such action outweighs the best interests of the public and the Defendants in a speedy trial.

It is therefore ORDERED that the above and foregoing trial is hereby continued until Monday, April 13, 2026. The plea agreement deadline is reset March 30, 2026. All remaining pre-trial deadlines are extended accordingly.

It is further ORDERED that the delay from this date until April 13, 2026, shall be excluded from all computations relative to the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A) as to Addison, Howard, Gaston, Grayson, B. Williams, S. Williams, Franklin, Johnson, Nolan, Roach, Sallis, Wiseman, Lakes and Wallace.

This the 25th day of November 2025.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI