# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

### RE-NOTICE

UNITED STATES OF AMERICA
V.
BRANDON ADDISON, JAVERY HOWARD,
MILTON GASTON, TRURON GRAYSON,
BRUCE WILLIAMS, SEAN WILLIAMS,
DEXTURE FRANKLIN, WENDELL JOHNSON,
MARCUS NOLAN, AASAHN ROACH,
JEREMY SALLIS, TORIO CHAZ WISEMAN,
PIERRE LAKES, and DERRIK WALLACE

CASE NUMBER: 4:25CR177 M-V

TAKE NOTICE that a proceeding in this case is SET for the place, date, and time set forth below:

| Place | Room Number |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI 38655 | COURTROOM 3 EAST – THIRD FLOOR<br><br>MONDAY, APRIL 13, 2026, 9:40 AM |

Type of proceeding:
**MVD/ JURY TRIAL SET BEFORE U.S. DISTRICT JUDGE MICHAEL P. MILLS**

**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES.**

DAVID CREWS, Clerk of Court
/s/ Sallie Wilkerson_____
(BY) Sallie Wilkerson – Courtroom Deputy

Date: November 25, 2025
To:

Taylor H. Webb (electronic notice only)
A. E. Harlow, Jr. (electronic notice only)
Derrick T. Simmons (electronic notice only)
Maria Liu (electronic notice only)
Lisa Ross (electronic notice only)
John Sims, III (electronic notice only)
Ahmad R. Smith (electronic notice only)
Alexander Wharton (electronic notice only)
Michael V. Cory, Jr. (electronic notice only)
Samuel Stringfellow (electronic notice only)

U.S. Probation Service (electronic notice only)
U.S. Marshals Service (electronic notice only)
John H. Daniels, III (electronic notice only)
Michael S. Carr (electronic notice only)
Matthew Eichelberger (electronic notice only)
Victoria Washington (electronic notice only)
Terence High (electronic notice only)
Ashley N. Harris (electronic notice only)
Robert J Mims (electronic notice only)

**CONTACT SALLIE WILKERSON AT 662/281-3041 OR EMAIL Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.**