IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

VS.                            CAUSE NO. 4:25-cr-177-MPM-JMV

BRANDON ADDISON                           DEFENDANT

## ORDER GRANTING MOTION TO MODIFY BOND CONDITIONS

This cause came before this Court on the defendant's motion [Doc. 150] to allow the defendant to travel to and from the Northern District of Mississippi, where he resides to the Southern District of Mississippi for a family vacation from March 10, 2026 to March 12, 2026. The Court, having considered the motion and noting that there is no objection to the relief requested from the government or pretrial services in the Northern District of Mississippi, finds that the defendant's Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that the defendant be allowed to travel from Northern District of Mississippi to the Southern District of Mississippi on March 10, 2026, and shall return home to the Northern District of Mississippi on March 12, 2026. The Defendant shall notify Pretrial Services upon his return to Northern District of Mississippi.

SO ORDERED, this the 23rd day of February, 2026.

                                   */s/ Jane M. Virden*
                                   UNITED STATES MAGISTRATE JUDGE