**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**<u>NOTICE</u>**

UNITED STATES OF AMERICA

V.                                                           CAUSE NUMBER: 4:25CR177

BRANDON ADDISON

TAKE NOTICE that a proceeding in this case has been SET for the place, date, and time
set forth below:

| Place | Room No. |
|---|---|
| UNITED STATES FEDERAL BUILDING<br>911 JACKSON AVENUE<br>OXFORD, MISSISSIPPI 38655 | **COURTROOM 3 EAST- THIRD FLOOR** |
| | Date and Time<br>THURSDAY, MARCH 19, 2026, 1:30 PM |

**Type of Proceeding**

**CHANGE OF PLEA HEARING**
**SET BEFORE SENIOR U.S. DISTRICT JUDGE MICHAEL P. MILLS**
**\*ATTORNEYS ARE RESPONSIBLE FOR NOTIFYING THEIR CLIENT(S) AS TO COURT APPEARANCES**

DANIEL B. McHUGH, Clerk of Court

/s/ Sallie Wilkerson
Courtroom Deputy

To:
Robert Mims (electronic notice only)                U. S. Probation Service (electronic notice only)

Sam Stringfellow (electronic notice only)           U. S. Marshal Service (electronic notice only)

Taylor H. Webb (electronic notice only)

CONTACT SALLIE WILKERSON AT 662/281-3041 or Sallie_Wilkerson@msnd.uscourts.gov
IF YOU HAVE ANY QUESTIONS.