## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**vs.**                                                            **CRIMINAL NO.: 4:25-CR-177**

**MILTON GASTON**

## SUPPLEMENTAL MOTION TO TRAVEL OUTSIDE NORTHERN DISTRICT

**COMES NOW** the Defendant, Milton Gaston ("Defendant"), by and through his retained counsel of record and moves this Court to permit the Defendant to travel outside the Northern District of Mississippi, and as follows:

1.

Counsel on behalf of the Defendant filed a Motion to Travel Outside Northern District on March 10, 2026 (Doc.#156).

2.

Counsel advises that Defendant will leave on Thursday, March 19, 2026 and return Sunday, March 22, 2026; and while in Houston, Texas, attending the Latter Glory Prayer Summit will be located at Holiday Inn Express & Suites, 10520 Huffmeister Road, Houston, Texas 77065.

**RESPECTFULLY SUBMITTED,** this the 11th day of March, 2026.

/s/ John H. Daniels, III
**JOHN H. DANIELS, III, MSB #5787**
**Attorney for Defendant, Milton Gaston**

**Attorney for Defendant, Milton Gaston**

OF COUNSEL:

DYER, DYER, JONES & DANIELS, P.A.
149 North Edison Street
Post Office Box 560
Greenville, MS 38702-0560
Telephone: (662) 378-2626
Facsimile: (662) 378-2672
jdaniels@ddjd.org

SIMMONS & SIMMONS PLLC
P. O. Box 1854
Greenville, MS 38702-1854
Telephone: (662) 334-1666
Facsimile: (662) 334-1665
dtsimmons@simmonspllc.com

## CERTIFICATE OF SERVICE

I, John H. Daniels, III, do hereby certify that I have this date electronically filed the above and foregoing *Supplemental Motion* as counsel with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel for the Government.

This, the 11th day of March, 2026.

/s/ John H. Daniels, III
JOHN H. DANIELS, III, MSB #5787