## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

**VS.**                                      **CAUSE NO.: 4:25-cr-00177-MPM-JMV-6**

**SEAN WILLIAMS**                                                    **DEFENDANT**

### NOTICE OF INTENT TO CHANGE PLEA

**COMES NOW** the Defendant, Sean Williams, in the above-styled cause and hereby gives notice of his intent to change his plea to the indictment in this case.

**RESPECTFULLY SUBMITTED**, this the 20th day of March 2026.

> *//s// Lisa M. Ross*
> Lisa M. Ross (MSB#9755)
> Post Office Box 11264
> Jackson, MS 39283-1264
> (601) 981-7900 (telephone)
> lross@lmrossatlaw.com

### CERTIFICATE OF SERVICE

I, Lisa M. Ross, attorney for Defendant, do hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the ECF system which should send notice of filing to all counsel of record.

This the 20th day of March 2026.

> *//s// Lisa M. Ross*
> Lisa M. Ross